# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAIT,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:06-cv-00385-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 7) |

Plaintiff, William O. Robinson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 11, 2006. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against Defendant Tait for deliberate indifference to his serious medical needs, in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for defendant MEDICAL TECH TATE.
2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 11, 2006.
3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

        attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

        a.    Completed summons;

        b.    One completed USM-285 form for each defendant listed above; and

        c.    Two (2) copies of the endorsed complaint filed September 11, 2006.

4.    Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **June 23, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE