IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON, | 1:06-cv-00385-LJO-SMS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| MEDICAL TECH R. TAIT, | (DOCUMENT #18) |
| Defendant. | FORTY-FIVE DAY DEADLINE |
| _____ / | |

On October 3, 2008, defendant Tait filed a motion to extend time to file a responsive pleading to the amended complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant Tait is granted forty-five (45) days from the date of service of this order in which to file a responsive pleading to the amended complaint.

IT IS SO ORDERED.

**Dated:   October 10, 2008**              **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE