IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON, | 1:06-cv-00385 LJO SMS (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE RE DEFENDANT'S FAILURE TO RESPOND TO THE COURT'S ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT |
| vs. | |
| MEDICAL TECH R. TAIT, | |
| Defendant. | RESPONSE DUE IN 30 DAYS |
| _____/ | |

On September 11, 2008, the court issued an Order Re Consent or Request for Reassignment, requiring defendant to complete and return the form within thirty (30) days, indicating either consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the case be reassigned to a U.S. District Judge. The thirty (30)-day period has now expired, and defendant has not returned the form, or otherwise responded to the court's order.

Local Rule 11-110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

Based on the foregoing, it is HEREBY ORDERED that within 30 days from the date of service of this order, defendant shall complete and return the Order Re Consent or Request for Reassignment, a copy of which is attached hereto, or show cause, in writing, why sanctions should not be imposed for defendant's failure to obey a court order.

IT IS SO ORDERED.

**Dated:    October 24, 2008**                   **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE