IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM O. ROBINSON,** | Case No. 1:06-cv-0385 DGC |
| Plaintiff, | **ORDER VACATING EXPERT DISCOVERY DEADLINES** |
| v. | |
| **TAIT, et al.,** | |
| Defendants. | |

The Court has considered Defendant's motion to vacate the expert discovery deadlines established by the case management order issued on April 14, 2009, pending a decision on Defendant's motion for summary judgment.  Good cause showing, the case management order is vacated.  A new case management order shall be issued, if required, after a decision is rendered on Defendant's motion for summary judgment.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2009.

_____
David G. Campbell
United States District Judge

1

[Proposed] Order Vacating Expert Discovery Deadlines(1:06-cv-0385 DGC)